UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
10-3-12
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

DENISE APRIL LENDON
  a/k/a "Shay"
  a/k/a "Tall Pussy"

CASE NO.    3:12-cr-166-J-32 JBT
Count 1:    18 U.S.C. § 1591
Forfeiture: 18 U.S.C. § 1594

## INDICTMENT

The Grand Jury charges:

Between in or about April 18, 2012, through on or about April 25, 2012, in Duval County, in the Middle District of Florida, the defendant,

DENISE APRIL LENDON,
a/k/a "Shay",
a/k/a "Tall Pussy",

in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is a female whose initials are B.S., while knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause that person to engage in a commercial sex act; and while knowing and in reckless disregard of the fact that B.S. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591.

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

2.  Pursuant to Title 18, United States Code, Section 1594, upon conviction of an offense in violation of Title 18, United States Code, Section 1591, the defendant, DENISE APRIL LENDON, shall forfeit to the United States of America (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

2

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DENISE APRIL LENDON,
a/k/a "Shay"
a/k/a "Tall Pussy"

## INDICTMENT

Violation:

Ct. 1:  18 U.S.C. §§ 1591

A true bill,

*Walter Schumm Jr.*
Foreperson

Filed in open court this 3RD day

of October, 2012.

*[signature]*
Clerk

Bail $_____